# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYRALISA LAVENA STEVENS,<br><br>        Plaintiff,<br><br>   v.<br><br>S. SMITH, et al.,<br><br>        Defendants. | Case No. 1:22-cv-00741-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO REPLACE EXHIBIT A-11<br><br>(ECF No. 13) |

Plaintiff Lyralisa Lavena Smith is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On September 8, 2022, Plaintiff filed a motion to replace Exhibit A-11 attached to his first amended complaint filed on August 25, 2022.

On the basis of good cause, it is HEREBY ORDERED that Plaintiff's motion to replace A-11 attached to his first amended complaint is GRANTED.

IT IS SO ORDERED.

Dated:   **September 9, 2022**

UNITED STATES MAGISTRATE JUDGE

1